# EXHIBIT 1

# EXHIBIT 1

search...

You are here ▸ Home ▸ About SAS ▸ About Us ▸ Board of Directors

**Main Menu**

- Home
- Latest News
- State News
- Web Links
- News Feeds
- Event Calendar
- About SAS
- Contact Us

**Features**

- State Sites Index
- Document Library
- SAS Store
- Instructors

**E-Alerts**

Stay up-to-date with SAS E-Alerts!
Privacy by SafeSubscribe

**Login**

Username
Password
☐ Remember me
Login
Forgot login?
No account yet? Register

## Board of Directors

Share this | Print | E-mail

**Marinelle W. Thompson, President**
Founder

**Barbara Oonk, Vice President**
Tennessee Coordinator

**Nancy First, Treasurer**
South Dakota Coordinator

**Lee Ann Tarducci, Director**
Director of Operations

**Rep. Jennifer Coffey (I - NH), Director**
National Director of Legislative Affairs

**Kim Grady, Director**
National Coordinator and Arizona Coordinator

Back to Top



*Because it is the one right that protects all others...*
**Second Amendment March**
Coming to a town near you in 2010    www.secondamendmentmarch.com

Copyright © 2010 Second Amendment Sisters, Inc.. All Rights Reserved.
Joomla! is Free Software released under the GNU/GPL License.

Powered by Joomla!. Valid XHTML and CSS.

# EXHIBIT 2

# EXHIBIT 2

**reviewjournal.com**



Powered by Clickability

May. 17, 2010
Copyright © Las Vegas Review-Journal

## Slain store clerk, 77, mourned

### Employee was able to shoot, kill would-be robber

By MIKE BLASKY and BRIAN HAYNES
LAS VEGAS REVIEW-JOURNAL

He was known as "Bill" to his friends, but to his wife, he was always "Chilly Willy."

"He was ripe, but he was getting better, like a bottle of wine," said Christine Burhoe, 58. "We didn't have kids. Neither of us could have any, but we always had each other. And I'm going to miss him."

William L. Burhoe, her husband of 16 years, was gunned down late Saturday night at the Super Mart convenience store were he worked as a clerk. But before he died, the 77-year-old shot and killed the would-be robber.

The coroner's office identified that man as Yendy Quinones, a 28-year-old who was paroled in October after serving 26 months for assault with a deadly weapon, according to prison records.

Las Vegas police said the gunman entered the store about 11:40 p.m. and placed a beer on the counter just before an altercation broke out and shots were exchanged.

Christine Burhoe said detectives told her that the robber, upon discovering he did not have enough money for beer, left the store. When he came back inside, he brought a gun and shot her husband, she said.

Christine Burhoe called the act "senseless" and said her husband would have paid for the man's beer had he asked.

"He would have paid for it and put his own money back in the drawer," she said. "All this, over a bottle of beer?"

At a vigil Monday evening outside the store, at 6595 W. Smoke Ranch Road near U.S. Highway 95, close to 50 adults and children crowded into the parking lot outside the store to remember William Burhoe.

His wife seemed overwhelmed by the showing.

"I just didn't realize how much all of you touched him and how much he touched you," she told them in between tears and hugs with tearful customers who came to pay their respects.

Many of them came to remember a man whom they knew as generous, humorous and even sometimes ornery.

"He was the heart of our neighborhood," Lorraine Wood said. "Everybody came and went, but he was always there."

Store owner Ed Kashat recalled how William Burhoe welcomed him each day with a joke and how his 300-pound frame reminded him of a "big bear" that you wanted to grab and hug.

He had worked at the store part time for the past three years, making extra money to bet on the horses, he said.

"He loved playing the horses," Kashat said.

Inside the store, Kashat placed donation boxes so customers could give money to help Christine Burhoe.

Outside the store, a makeshift memorial of prayer candles, real and fake flowers, photos and stuffed animals honored a man many called a hero.

Customers talked of William Burhoe's ever-present jokes and the ease with which he would dig into his own pocket to lend a buck or two to a customer.

On a homemade poster signed by more than a couple of dozen well-wishers, one entry stood out. Inside a hand-drawn heart a mother thanked William Burhoe for his generosity.

"Hey Bill. Here's your 50¢ you gave to my daughter," she wrote.

On the poster next to the words were two taped quarters.

Christine Burhoe said her husband was a former Marine police officer who had been an insurance broker and ran his own photography studio, among other jobs during his life, she said.

He had been working at the store to supplement his retirement and fill a financial void created when she lost her job more than a year ago, she said.

They started dating in 1978 and were married in 1993, the year they moved to Las Vegas from Maine, she said.

Coping with his death hasn't been easy, she said.

"I feel like I'm in a prison, trying to find my way out," she said. "He didn't deserve this. That's all I can think about."

Christine Burhoe said her husband was experienced with guns and kept one with him while he worked, but he never used the gun when the store was robbed before, she said.

She didn't believe he would have fired a shot until he already had been struck, she said.

"He wasn't like that," she said.

She later learned from police that after he was shot, her husband lunged forward and fired three times.

Knowing there won't be a trial has helped her through the anger, she said, as a sense of closure.

"It sounds morbid, but I'm glad he killed that guy," she said. "It's the Lord's justice."

Contact reporter Mike Blasky at mblasky@reviewjournal.com or 702-383-0283. Contact reporter Brian Haynes at bhaynes@reviewjournal.com or 702-383-0281.

**Find this article at:**
http://www.lvrj.com/news/police-say-store-clerk-returned-fire--killed-robber-before-he-died-94003239.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

You are here ▸ Home

**Main Menu**

- Home
- Latest News
- State News
- Web Links
- News Feeds
- Event Calendar
- About SAS
- Contact Us

**Features**

- State Sites Index
- Document Library
- SAS Store
- Instructors

**E-Alerts**

Stay up-to-date with SAS E-Alerts!

Privacy by SafeSubscribe℠

**Login**

Username

Password

☐ Remember me

Login

Forgot login?
No account yet? Register

## Second Amendment Sisters, Inc.

### Florida: Woman forced to perform sex act shoots suspect with own gun

Wednesday, 19 May 2010 16:21

**Fort Pierce, Florida**

From the *Palm Beach Post* of May 18, 2010

**Woman forced to perform sex act shoots suspect with own gun**

A 19-year-old man was arrested after a woman told police the armed man sexually battered her before she took his gun and fired, apparently hitting him in the leg, according to a recently released affidavit.

Major Lee Barnes, of the 1200 block of North 19th Street in Fort Pierce, faces sexual battery, robbery with a firearm and possession of a weapon by a convicted felon charges after the May 14 incident that happened about 12:02 a.m.

A Fort Pierce police officer went to the area of North 10th Street at Avenue H following a complaint of a man shooting a handgun in the air and was flagged down by the reported sexual attack victim.

She said she was walking in the area of North 10th Street at Orange Avenue when a man on a bicycle approached. The man offered her money for sex, an offer she declined.

He pointed a handgun at her and told her to take off her pants. She said the man searched her private area for money and stole her cellular phone. The man told her to get on her knees and perform a sex act on him. She was intimidated by the armed man and did so.

During the sex act, she saw the handgun, which the man put in his pocket "as he put his arms back in an apparent relaxed gesture," the affidavit states.

She grabbed the weapon and pointed it at him. The man charged toward her, and she fired before the man fled the area.

The victim said she wasn't sure whether the man was hit, but said he "leaned over his leg as if she hit him."

Friends of Barnes' apparently took him to the emergency room with a gunshot wound to the right leg.

Barnes told investigators he was walking in the area of North 17th Street and heard three shots and ran. Barnes said he felt he got hit in his right leg. He later said he was lying and that he found a gun. He said he heard a male say his name and heard shots fired at him. He said he threw the gun.

Barnes was held Tuesday morning in the St. Lucie County jail in lieu of $1,050,000 bail, a jail official said.

*Thanks to Matt and Charlie for sending in this story!*

Last Updated ( Wednesday, 19 May 2010 22:34 )

### Arkansas: Robber shot with his own gun at Pine Bluff, Ark., fast-food restaurant

Wednesday, 19 May 2010 16:17

**Pine Bluff, Arkansas**

From *KFSM* of May 18, 2010

**Robber shot with his own gun at Pine Bluff, Ark., fast-food restaurant**

Police say a man who tried to rob a Pine Bluff fast-food restaurant was shot by his own gun.

A police report says officers responded to a robbery in progress call at a Burger King about 11 p.m. Monday. Officers said they arrested 22-year-old Jason Robinson, who had a gunshot wound in one thigh.

According to investigators, an employee said that, after the robber accosted her and demanded money, he put his gun down so he could place the money in a bag. The employee says she grabbed the gun and it fired as she and the robber struggled for it.

She told officers she put the robber in a head-lock and called police.

Robinson was treated at a local hospital and was being held at the Jefferson County jail.

### Nevada: Slain store clerk, 77, mourned

Wednesday, 19 May 2010 16:13

**Las Vegas, Nevada**

From the *Review Journal* of May 17, 2010

**Slain store clerk, 77, mourned**

He was known as "Bill" to his friends, but to his wife, he was always "Chilly Willy."

"He was ripe, but he was getting better, like a bottle of wine," said Christine Burhoe, 58. "We didn't have kids. Neither of us could have any, but we always had each other. And I'm going to miss him."

William L. Burhoe, her husband of 16 years, was gunned down late Saturday night at the Super Mart convenience store were he worked as a clerk. But before he died, the 77-year-old shot and killed the would-be robber.

The coroner's office identified that man as Yendy Quinones, a 28-year-old who was paroled in October after serving 26 months for assault with a deadly weapon, according to prison records.

Las Vegas police said the gunman entered the store about 11:40 p.m. and placed a beer on the counter just

*Thanks to Charlie for sending in the story on this tough fast food worker!*

Last Updated ( Wednesday, 19 May 2010 22:33 )

### Pennsylvania: Guard's Gunshot Chases Would-Be Robber

Wednesday, 19 May 2010 16:05

**Philadelphia, Pennsylvania**

From *MyFoxPhilly* of May 15, 2010

**Guard's Gunshot Chases Would-Be Robber**

There were some tense moments Friday at Frankford Pharmacy.

A woman was sitting in her car on Frankford Avenue when she saw a man ride up on a bike and put a mask over his face. Then, he started to enter the pharmacy.

But the fast-thinking woman alerted a security guard, who fired a shot. The masked man took off on his bike.

Last Updated ( Wednesday, 19 May 2010 22:32 )

---

before an altercation broke out and shots were exchanged.

Christine Burhoe said detectives told her that the robber, upon discovering he did not have enough money for beer, left the store. When he came back inside, he brought a gun and shot her husband, she said.

Christine Burhoe called the act "senseless" and said her husband would have paid for the man's beer had he asked.

"He would have paid for it and put his own money back in the drawer," she said. "All this, over a bottle of beer?"

At a vigil Monday evening outside the store, at 6595 W. Smoke Ranch Road near U.S. Highway 95, close to 50 adults and children crowded into the parking lot outside the store to remember William Burhoe.

His wife seemed overwhelmed by the showing.

"I just didn't realize how much all of you touched him and how much he touched you," she told them in between tears and hugs with tearful customers who came to pay their respects.

Many of them came to remember a man whom they knew as generous, humorous and even sometimes ornery.

"He was the heart of our neighborhood," Lorraine Wood said. "Everybody came and went, but he was always there."

Store owner Ed Kashat recalled how William Burhoe welcomed him each day with a joke and how his 300-pound frame reminded him of a "big bear" that you wanted to grab and hug.

He had worked at the store part time for the past three years, making extra money to bet on the horses, he said.

"He loved playing the horses," Kashat said.

Inside the store, Kashat placed donation boxes so customers could give money to help Christine Burhoe.

Outside the store, a makeshift memorial of prayer candles, real and fake flowers, photos and stuffed animals honored a man many called a hero.

Customers talked of William Burhoe's ever-present jokes and the ease with which he would dig into his own pocket to lend a buck or two to a customer.

On a homemade poster signed by more than a couple of dozen well-wishers, one entry stood out. Inside a hand-drawn heart a mother thanked William Burhoe for his generosity.

"Hey Bill. Here's your 50¢ you gave to my daughter," she wrote.

On the poster next to the words were two taped quarters.

Christine Burhoe said her husband was a former Marine police officer who had been an insurance broker and ran his own photography studio, among other jobs during his life, she said.

He had been working at the store to supplement his retirement and fill a financial void created when she lost her job more than a year ago, she said.

They started dating in 1978 and were married in 1993, the year they moved to Las Vegas from Maine, she said.

Coping with his death hasn't been easy, she said.

"I feel like I'm in a prison, trying to find my way out," she said. "He didn't deserve this. That's all I can think about."

Christine Burhoe said her husband was experienced with guns and kept one with him while he worked, but he never used the gun when the store was robbed before, she said.

She didn't believe he would have fired a shot until he already had been struck, she said.

"He wasn't like that," she said.

She later learned from police that after he was shot, her husband lunged forward and fired three times.

Knowing there won't be a trial has helped her through the anger, she said, as a sense of closure.

"It sounds morbid, but I'm glad he killed that guy," she said. "It's the Lord's justice."

*Thanks to Charlie for sending in the tip on this tragic story.*

Last Updated ( Wednesday, 19 May 2010 22:33 )

### Arizona: Victim's dad confronts suspects after west Valley attack 

Written by Deb Altrath
Sunday, 16 May 2010 19:57

**Phoenix, Arizona**

From *ABC15* of May 16, 2010

**Victim's dad confronts suspects after west Valley attack**

Three men were arrested early Sunday for robbing several victims in the west Valley, according to officials.

Phoenix Police Department spokesman Trent Crump said three Hispanic males were robbing victims along west Valley streets around 12 a.m. The two incidents reportedly occurred on Thomas Road between 59th and 67th avenues.

The three suspects reportedly stole wallets, cell phones, cash, jewelry and iPods from the victims. One of the victims was pistol-whipped during the second armed robbery.

According to Crump, one of the victims returned home and told his father what had happened. The man's father reportedly left the home and went looking for the suspects.

Crump said police apprehended one of the suspects by this time, but the victim's father located the remaining two suspects and confronted them about the robbery.

The suspects reportedly pulled a gun on the man, at which point he also drew a firearm and a shootout began, according to officials.

The victim's father was not shot during the exchange, but did shoot one of the suspects "at least two times," Crump said. One of the teen suspects, Ruben Torres, 18, was reportedly hospitalized with non-life threatening injuries.

Angel Torres and Michael Torres, both 19, have also been taken into custody.

Crump said the suspects are related, but the relationship between them is unclear at this time.

*Thanks to Darin for the news tip!*

Last Updated ( Wednesday, 19 May 2010 22:37 )

**More Articles...**

- South Carolina: Woman Shoots At Halloween-Masked Robber
- Texas: Shop Owner's Wife Shoots At Would-Be Robber During Attempted Holdup
- Pennsylvania: Elderly Stroudsburg couple holds burglar at gunpoint
- Knife Bans Repealed in New Hampshire

<< Start < Prev 1 2 3 4 5 6 Next > End >>

Page 2 of 6



Copyright © 2010 Second Amendment Sisters, Inc.. All Rights Reserved.
Joomla! is Free Software released under the GNU/GPL License.

Put SAS News on your list!     Powered by Joomla!. Valid XHTML and CSS.

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:          Text

Registration Number / Date:
                       TX0007168815 / 2010-07-06

Application Title: Slain store clerk, 77, mourned.

Title:                 Slain store clerk, 77, mourned.

Description:           Electronic file (eService)

Copyright Claimant:
                       Righthaven LLC, Transfer: By written agreement.

Date of Creation: 2010

Date of Publication:
                       2010-05-17

Nation of First Publication:
                       United States

Authorship on Application:
                       Stephens Media LLC, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                       Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                          Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                          States, (702) 527-5900, dbrownell@righthaven.com

Names:                 Stephens Media LLC
                       Righthaven LLC
```

================================================================================