J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>SECOND AMENDMENT SISTERS, INC., a Virginia corporation; MARINELLE THOMPSON, an individual; and LEE ANN TARDUCCI, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01324-PMP-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Righthaven LLC ("Righthaven"), by and through its attorneys of record, Second Amendment Sisters, Inc. ("Amendment Sisters"), Marinelle Thompson ("Ms. Thompson") and Lee Ann Tarducci ("Ms. Tarducci"); collectively with Righthaven known herein as the parties ("Parties"), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against the Amendment Sisters, Ms. Thompson and Ms. Tarducci, in the above-captioned matter.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Amendment Sisters, Ms. Thompson and Ms. Tarducci with prejudice.

Dated this fourth day of October, 2010.

Submitted by:

| RIGHTHAVEN LLC | LEWIS AND ROCA LLP |
|---|---|
| /s/ J. Charles Coons | /s/ Nikkya G. Williams |
| J. Charles Coons, Esq. | John L. Krieger, Esq. |
| 9660 West Cheyenne Avenue, Suite 210 | Nikkya G. Williams, Esq. |
| Las Vegas, Nevada 89129-7701 | 3993 Howard Hughes Parkway, Suite 600 |
| Attorneys for Plaintiff | Las Vegas, Nevada 89169 |
| | Attorneys for Defendants |

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this 5th day of October, 2010.

2